ISAAC ENGEL, as Trustee in Bankruptcy of M. JOSEPH & Co., Appellant, *v.* UNION SQUARE BANK, Respondent.

*Engel* v. *Union Square Bank,* 94 App. Div. 244, affirmed.
(Argued June 13, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 18, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial.

*David Steckler* and *Sol. Levi* for appellant.

*J. L. Weinberg* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

FRIEDA KRUEGER, as Administratrix of the Estate of WILLIAM KRUEGER, Deceased, Respondent, *v.* BARTHOLOMAY BREWERY COMPANY, Appellant.

*Krueger* v. *Bartholomay Brewing Co.,* 94 App. Div. 58, affirmed.
(Argued June 14, 1905; decided October 3, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 17, 1904, which reversed a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial and granted a new trial.

*William A. Sutherland* for appellant.

*George H. Harris* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT and VANN, JJ. Not sitting: WERNER, J.